W48  025075  129900  2520  00000126967  1
67410-0051

# Earnings Statement

**ADP**

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 01/24/2021
Period Ending: 01/30/2021
Pay Date: 02/05/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

BLAISE A KENGJISE
1805 LAUREL CREEK DR
LAWRENCEVILLE GA 30043

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.2500 | 29.18 | 445.00 | 667.30 |
| Personal Time | 15.2500 | 3.58 | 54.60 | 129.30 |
| Shift Pay | 0.5000 | 32.76 | 16.38 | 30.28 |
| Holiday O/T | | | | 103.95 |
| Holiday Pay | | | | 120.00 |
| Shft Hol @O/T | | | | 3.47 |
| **Gross Pay** | | | **$515.98** | 1,354.30 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -13.38 | 94.91 |
| | Social Security Tax | -32.00 | 84.05 |
| | Medicare Tax | -7.49 | 19.66 |
| | **Other** | | |
| | Accident Ins | -3.12 | 6.24 |
| | Critic Illness | -6.12 | 12.24 |
| | Slifee | -1.83 | 3.65 |
| | 401K | -20.64* | 42.17 |
| | **Net Pay** | **$431.40** | |
| | Checking Dep. | -431.40 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.30 | 1.42 |
| Personal Balnce | 5.13 | |
| Tot Work Hours | 29.18 | |
| Vacation Balnce | 7.02 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**
 Taxable Marital Status:
  GA:          Single
 Exemptions/Allowances:
  GA:          0,Tax Blocked

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $495.34

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000126967
Pay date: 02/05/2021



**Deposited to the account of**
BLAISE A KENGJISE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7399 | xxxx xxxx | $431.40 |

**NON-NEGOTIABLE**

# Earnings Statement

ADP

```
C21-51892-wlh    Doc14/CHR
W48  025075  129900  2520  0000135430    1
66074-0051
```

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 01/31/2021
Period Ending: 02/06/2021
Pay Date: 02/12/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

BLAISE A KENGJISE
1805 LAUREL CREEK DR
LAWRENCEVILLE GA 30043

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.2500 | 28.77 | 438.74 | 1,106.04 |
| Personal Time | 15.2500 | 1.95 | 29.74 | 159.04 |
| Shift Pay | 0.5000 | 30.72 | 15.36 | 45.64 |
| Holiday O/T | | | | 103.95 |
| Holiday Pay | | | | 120.00 |
| Shft Hol @O/T | | | | 3.47 |
| **Gross Pay** | | | **$483.84** | 1,838.14 |

**Deductions**

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -10.30 | 105.21 |
| Social Security Tax | -30.02 | 114.07 |
| Medicare Tax | -7.02 | 26.68 |

**Other**

| | this period | year to date |
|---|---|---|
| Accident Ins | -3.12 | 9.36 |
| Critic Illness | -6.12 | 18.36 |
| Slifee | -1.84 | 5.49 |
| 401K | -19.35* | 61.52 |
| **Net Pay** | **$406.07** | |
| Checking Dep. | -406.07 | |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Groupterm Life | 0.30 | 1.72 |
| Personal Balnce | 5.03 | |
| Tot Work Hours | 28.77 | |
| Vacation Balnce | 8.57 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**

Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0,Tax Blocked

* Excluded from federal taxable wages
  Your federal taxable wages this period are $464.49

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000135430
Pay date: 02/12/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BLAISE A KENGJISE | xxxxxx7399 | xxxx xxxx | $406.07 |

**NON-NEGOTIABLE**

CO. FILE    DEPT.    CLOCK    VCHR/CHR
W48    025075    129900    2520    0000143974    1

64789-0051

# Earnings Statement

**ADP**

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning:    02/07/2021
Period Ending:    02/13/2021
Pay Date:    02/19/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

BLAISE A KENGJISE
1805 LAUREL CREEK DR
LAWRENCEVILLE GA 30043

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.2500 | 23.18 | 353.50 | 1,459.54 |
| Personal Time | 15.2500 | 3.35 | 51.09 | 210.13 |
| Shift Pay | 0.5002 | 26.53 | 13.27 | 58.91 |
| Holiday O/T | | | | 103.95 |
| Holiday Pay | | | | 120.00 |
| Shft Hol @O/T | | | | 3.47 |
| **Gross Pay** | | | **$417.86** | 2,256.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3.96 | 109.17 |
| | Social Security Tax | -25.93 | 140.00 |
| | Medicare Tax | -6.06 | 32.74 |
| | **Other** | | |
| | Accident Ins | -3.12 | 12.48 |
| | Critic Illness | -6.12 | 24.48 |
| | Slifee | -1.81 | 7.30 |
| | 401K | -16.71* | 78.23 |
| **Net Pay** | | | **$354.15** |
| Checking Dep. | | | -354.15 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.30 | 2.02 |
| Personal Balnce | 1.68 | |
| Tot Work Hours | 23.18 | |
| Vacation Balnce | 8.57 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:    Single
Exemptions/Allowances:
  GA:    0,Tax Blocked

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $401.15

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number:    00000143974
Pay date:    02/19/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BLAISE A KENGJISE** | xxxxxx7399 | xxxx xxxx | $354.15 |

**NON-NEGOTIABLE**

```
CO#    WK#   DEPT    BCH#   CK/CHR#       ADVICE #     PAGE
W48   025075 129900  2520    0000         152669         1
                             63815-0051
```

# Earnings Statement

**ADP**

AMAZON.COM SERVICES LLC  
ATTN: AMAZON PAYROLL  
202 WESTLAKE AVE N  
SEATTLE, WA 98109  

Period Beginning: 02/14/2021  
Period Ending: 02/20/2021  
Pay Date: 02/26/2021  

Filing Status: Head of household  
Exemptions/Allowances:  
  Federal: Standard Withholding Table  

BLAISE A KENGJISE  
1805 LAUREL CREEK DR  
LAWRENCEVILLE GA 30043  

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.2500 | 17.37 | 264.89 | 1,724.43 |
| Shift Pay | 0.5003 | 17.37 | 8.69 | 67.60 |
| Holiday O/T | | | | 103.95 |
| Holiday Pay | | | | 120.00 |
| Personal Time | | | | 210.13 |
| Shft Hol @O/T | | | | 3.47 |
| **Gross Pay** | | | **$273.58** | 2,529.58 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.30 | 2.32 |
| Personal Balnce | 5.38 | |
| Tot Work Hours | 17.37 | |
| Vacation Balnce | 11.67 | |

**Important Notes**  
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -16.98 | 156.98 |
| | Medicare Tax | -3.97 | 36.71 |
| | Federal Income Tax | | 109.17 |
| | **Other** | | |
| | Accident Ins | -1.56 | 14.04 |
| | Critic Illness | -3.06 | 27.54 |
| | Slifee | -0.92 | 8.22 |
| | 401K | -27.36* | 105.59 |
| | **Net Pay** | **$219.73** | |
| | Checking Dep. | -219.73 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  GA: Single  
Exemptions/Allowances:  
  GA: 0,Tax Blocked

\* Excluded from federal taxable wages  
Your federal taxable wages this period are $246.22

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC  
ATTN: AMAZON PAYROLL  
202 WESTLAKE AVE N  
SEATTLE, WA 98109  

Advice number: 00000152669  
Pay date: 02/26/2021  



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BLAISE A KENGJISE | xxxxxx7399 | xxxx xxxx | $219.73 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

W48  025075  129900  2520  0000161829  1
63048-0051

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 02/21/2021
Period Ending: 02/27/2021
Pay Date: 03/05/2021

Filing Status: Head of household
Exemptions/Allowances:
 Federal: Standard Withholding Table

BLAISE A KENGJISE
1805 LAUREL CREEK DR
LAWRENCEVILLE GA 30043

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.2500 | 28.78 | 438.90 | 2,163.33 |
| Personal Time | 15.2500 | 2.82 | 43.01 | 253.14 |
| Shift Pay | 0.5000 | 31.60 | 15.80 | 83.40 |
| Holiday O/T | | | | 103.95 |
| Holiday Pay | | | | 120.00 |
| Shft Hol @O/T | | | | 3.47 |
| **Gross Pay** | | | **$497.71** | 3,027.29 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.30 | 2.62 |
| Personal Balnce | 4.42 | |
| Tot Work Hours | 28.78 | |
| Vacation Balnce | 13.22 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**

Taxable Marital Status:
 GA:  Single
Exemptions/Allowances:
 GA:  0,Tax Blocked

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -8.64 | 117.81 |
| | Social Security Tax | -30.87 | 187.85 |
| | Medicare Tax | -7.22 | 43.93 |
| | **Other** | | |
| | Accident Ins | -1.56 | 15.60 |
| | Critic Illness | -3.06 | 30.60 |
| | Garnishment | -112.75 | 112.75 |
| | Slifee | -0.92 | 9.14 |
| | 401K | -49.77* | 155.36 |
| | **Net Pay** | **$282.92** | |
| | Checking Dep. | -282.92 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
 Your federal taxable wages this period are $447.94

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000161829
Pay date: 03/05/2021

**Deposited to the account of**
BLAISE A KENGJISE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7399 | xxxx xxxx | $282.92 |



**NON-NEGOTIABLE**

# Earnings Statement

**AMAZON.COM SERVICES LLC**
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 02/28/2021
Period Ending: 03/06/2021
Pay Date: 03/12/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

**BLAISE A KENGJISE**
1805 LAUREL CREEK DR
LAWRENCEVILLE GA 30043

### Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.2500 | 7.87 | 120.02 | 2,283.35 |
| Personal Time | 15.2500 | 8.32 | 126.88 | 380.02 |
| Shift Pay | 0.5003 | 16.19 | 8.10 | 91.50 |
| Holiday O/T | | | | 103.95 |
| Holiday Pay | | | | 120.00 |
| Shft Hol @O/T | | | | 3.47 |
| **Gross Pay** | | | **$255.00** | 3,282.29 |

### Deductions

**Statutory**
| | | |
|---|---|---|
| Social Security Tax | -15.83 | 203.68 |
| Medicare Tax | -3.71 | 47.64 |
| Federal Income Tax | | 117.81 |

**Other**
| | | |
|---|---|---|
| Accident Ins | -1.56 | 17.16 |
| Critic Illness | -3.06 | 33.66 |
| Garnishment | -17.96 | 130.71 |
| Slifee | -0.92 | 10.06 |
| 401K | -25.50* | 180.86 |
| **Net Pay** | **$186.46** | |
| Checking Dep. | -186.46 | |
| **Net Check** | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Groupterm Life | 0.30 | 2.92 |
| Personal Balnce | -3.90 | |
| Tot Work Hours | 7.87 | |
| Vacation Balnce | 13.22 | |

### Important Notes

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

### Additional Tax Withholding Information

Taxable Marital Status:
  GA:          Single
Exemptions/Allowances:
  GA:          0,Tax Blocked

\* Excluded from federal taxable wages
Your federal taxable wages this period are $229.50

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000170425
Pay date: 03/12/2021



**Deposited to the account of**
BLAISE A KENGJISE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7399 | xxxx xxxx | $186.46 |

**NON-NEGOTIABLE**

# Earnings Statement

ADP

| | |
|---|---|
| AMAZON.COM SERVICES LLC | Period Beginning: 03/07/2021 |
| ATTN: AMAZON PAYROLL | Period Ending: 03/13/2021 |
| 202 WESTLAKE AVE N | Pay Date: 03/19/2021 |
| SEATTLE, WA 98109 | |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

BLAISE A KENGJISE
1805 LAUREL CREEK DR
LAWRENCEVILLE GA 30043

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bereavement | 15.2500 | 80.00 | 1,220.00 | 1,220.00 |
| Shift Pay | 0.5000 | 80.00 | 40.00 | 131.50 |
| Shrt Term Dis | | | 104.57 | 104.57 |
| Regular | | | | 2,283.35 |
| Holiday O/T | | | | 103.95 |
| Holiday Pay | | | | 120.00 |
| Personal Time | | | | 380.02 |
| Shft Hol @O/T | | | | 3.47 |
| **Gross Pay** | | | **$1,364.57** | 4,646.86 |

Your federal taxable wages this period are $1,238.57

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.30 | 3.22 |
| Personal Balnce | -0.20 | |
| Vacation Balnce | 16.32 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0,Tax Blocked

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -99.79 | 217.60 |
| | Social Security Tax | -84.62 | 288.30 |
| | Medicare Tax | -19.79 | 67.43 |
| | **Other** | | |
| | Accident Ins | -1.56 | 18.72 |
| | Critic Illness | -3.06 | 36.72 |
| | Garnishment | -290.09 | 420.80 |
| | Slifee | -0.92 | 10.98 |
| | 401K | -126.00* | 306.86 |
| | **Net Pay** | **$738.74** | |
| | Checking Dep. | -738.74 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000179002
Pay date: 03/19/2021

Deposited to the account of
**BLAISE A KENGJISE**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7399 | xxxx xxxx | $738.74 |



# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | | |
|---|---|---|---|---|---|---|
| W48 | 025075 | 129900 | 2520 | 0000187850 | 1 | |

59439-0051

# Earnings Statement

**ADP**

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning:   03/14/2021
Period Ending:      03/20/2021
Pay Date:           03/26/2021

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table

**BLAISE A KENGJISE**
**1805 LAUREL CREEK DR**
**LAWRENCEVILLE GA 30043**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | | 2,283.35 |
| Bereavement | | | | 1,220.00 |
| Holiday O/T | | | | 103.95 |
| Holiday Pay | | | | 120.00 |
| Personal Time | | | | 380.02 |
| Shft Hol @O/T | | | | 3.47 |
| Shift Pay | | | | 131.50 |
| Shrt Term Dis | | | | 104.57 |
| **Gross Pay** | | | **$0.00** | 4,646.86 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | | 217.60 |
| | Social Security Tax | | 288.32 |
| | Medicare Tax | | 67.43 |
| | **Other** | | |
| | Accident Ins | | 18.72 |
| | Critic Illness | | 36.72 |
| | Garnishment | | 420.80 |
| | Slifee | | 10.98 |
| | 401K | | 306.86 |
| | **Net Pay** | | **$0.00** |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.30 | 3.52 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:         Single
Exemptions/Allowances:
  GA:         0,Tax Blocked

© 2000 ADP, LLC



AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:**   00000187850
**Pay date:**        03/26/2021

**Deposited to the account of**
BLAISE A KENGJISE

account number    transit ABA    amount

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

```
CO. FILE  DEPT.   CLOCK   VCHR. NO.
W48 025075 129900  2520  0000200431  1
                                         58240-0051
```

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 03/21/2021
Period Ending: 03/27/2021
Pay Date: 04/02/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

BLAISE A KENGJISE
1805 LAUREL CREEK DR
LAWRENCEVILLE GA 30043

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Shrt Term Dis | | | 104.57 | 209.14 |
| Regular | | | | 2,283.35 |
| Bereavement | | | | 1,220.00 |
| Holiday O/T | | | | 103.95 |
| Holiday Pay | | | | 120.00 |
| Personal Time | | | | 380.02 |
| Shft Hol @O/T | | | | 3.47 |
| Shift Pay | | | | 131.50 |
| **Gross Pay** | | | **$104.57** | 4,751.43 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.30 | 3.82 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

**Deductions**

| Statutory | | |
|---|---|---|
| Social Security Tax | -6.51 | 294.83 |
| Medicare Tax | -1.52 | 68.95 |
| Federal Income Tax | | 217.60 |

| Other | | |
|---|---|---|
| Accident Ins | -3.12 | 21.84 |
| Critic Illness | -6.12 | 42.84 |
| Slifee | -1.84 | 12.82 |
| Garnishment | | 420.80 |
| 401K | | 306.86 |

| | | |
|---|---|---|
| **Net Pay** | | **$85.46** |
| Checking Dep. | -85.46 | |
| **Net Check** | | **$0.00** |

**Additional Tax Withholding Information**

Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0, Tax Blocked

Your federal taxable wages this period are $104.57

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000200431
Pay date: 04/02/2021

**Deposited to the account of**
BLAISE A KENGJISE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7399 | xxxx xxxx | $85.46 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**